No. 7885.

### State of Louisiana vs. Auguste Mannessier.

City of New Orleans has no power to punish by fine and imprisonment the non-payment of licenses on trades and occupations. The Act of 1870, paragraph 19, section 72, only gives it such power for the punishment of trangressions of the police regulations.

No. 8116.

### State of Louisiana ex rel. Harper vs. Judges Court of Appeals for the Parish of Orleans.

*Certiorari* refused on face of the petition.

No. 7482.

### Succession of Ann Frye.   On Opposition to Tableau.

On motion to dismiss, decided by the late court.

An Administrator appealing from the judgment recognizing the claim of a creditor, is required to give bond for such an amount only as may be fixed by the Judge, to cover costs.   Affirming 30 An., 282

### On the Merits.

The case presents only issues of fact.

No. 8008.

### State of Louisiana vs. Sevilla Hall.

Criminal case in which appellant has made no appearance in this Court, and the record contains no motion for new trial or in arrest of judgment, no bill of exceptions and no assignment of errors.

No. 8024.

### Succession of Françoise Rochinault, Wife of Jean Sabatier.

No. 8075.

### Joseph Raymond vs. Thos. Froeber et al.

In the two above cases Motion to dismiss appeal denied.

# MONROE.

No. 964.

### State of Louisiana vs. Ben John, *alias* Ben Lewis.

Criminal prosecution for burglary and larceny.
Appeal from verdict and judgment.

No bills of exception, no motion for new trial or in arrest of judgment and no assignment of errors : *ergo,* no complaint before this Court against verdict, sentence or judgment.